UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KATHLEEN BOFFOLI,

                    Plaintiff,

-against-                                           20 **CIVIL** 5317 (SN)

## JUDGMENT

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
---------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2022, the Commissioner's motion is GRANTED, the Plaintiff's motion is DENIED, and the case is DISMISSED.

**Dated:**  New York, New York

         March 31, 2022

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                             **BY:**
                                                 **Deputy Clerk**